SCWC-11-0000758

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

MICHAEL W. BASHAM, Petitioner/Defendant-Appellant,

and

ALIIKEA BASHAM, aka Aliikea I. Basham, Petitioner/Defendant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000758; CR. NO. 10-1-0663)

ORDER OF CORRECTION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on February 6, 2014, is corrected as follows:

1. In the case caption on page 1:

Change "ALLIKEA" to "ALIIKEA"

The Clerk of the Court is directed to take all

necessary steps to notify the publishing agencies of these

changes.

DATED: Honolulu, Hawaiʻi, February 11, 2014.


/s/ Richard W. Pollack

Associate Justice

